| | | |
|---|---|---|
| **BRETT LIRETTE** | * | **NO. 2025-CA-0650** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **JASON C. ADAMS, STATE FARM MUTUAL** | * | **FOURTH CIRCUIT** |
| **AUTOMOBILE INSURANCE COMPANY, GEICO** | * | **STATE OF LOUISIANA** |
| **CASUALTY COMPANY, &** | * | |
| **AXIS VENTURES, LLC** | | |
| | * | |

**\* \* \* \* \* \* \***

<u>**CONSOLIDATED WITH:**</u>                    <u>**CONSOLIDATED WITH:**</u>

**BRETT LIRETTE**                              **NO. 2025-CA-0651**

**VERSUS**

**JASON C. ADAMS, STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY, GEICO CASUALTY
COMPANY, & AXIS VENTURES, LLC**

<u>**CONSOLIDATED WITH:**</u>                    <u>**CONSOLIDATED WITH:**</u>

**BRETT LIRETTE**                              **NO. 2025-CA-0708**

**VERSUS**

**JASON C. ADAMS, ET AL**

<u>**CONSOLIDATED WITH:**</u>                    <u>**CONSOLIDATED WITH:**</u>

**BRETT LIRETTE**                              **NO. 2025-CA-0710**

**VERSUS**

**JASON C. ADAMS, STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY, GEICO CASUALTY
COMPANY & AXIS VENTURES, LLC**

*JCL*

**LOBRANO, J., CONCURS IN THE RESULT**